IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PPG INDUSTRIES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 08-46 |
| | ) | |
| T & T TRUCKING, INC., | ) | |
| Defendant and Third Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| PORTOLA MINERALS CO., INC. d/b/a | ) | |
| BLUE MOUNTAIN MINERALS, | ) | |
| Third Party Defendant. | ) | |

O R D E R

AND NOW, this 2 day of ~~August~~, 2008, after the plaintiff, PPG Industries, Inc.,

filed an action in the above-captioned case against the defendant, T & T Trucking, Inc., and after

the defendant filed a third-party complaint against Portola Minerals Co., Inc. d/b/a Blue

Mountain Minerals, and after a motion to dismiss for improper venue and lack of personal

jurisdiction was submitted by the third-party defendant, and after a Report and Recommendation

was filed by the United States Magistrate Judge granting the parties thirteen days after being

served with a copy to file written objections thereto, and upon consideration of the objections

filed by the defendant and the response to those objections filed by the third-party defendant, and

upon independent review of the motion and the record, and upon consideration of the Magistrate

Judge's Report and Recommendation (Docket No. 32), which is adopted as the opinion of this

Court,

IT IS ORDERED that the motion to dismiss third party complaint for improper

venue and lack of personal jurisdiction, submitted on behalf of Third Party Defendant Portola

Minerals Co., Inc. d/b/a Blue Mountain Minerals (Docket No. 24), is granted.

Gary L. Lancaster
United States District Judge