762588

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PPG INDUSTRIES, INC., | ) ELECTRONICALLY FILED |
| Plaintiff | ) |
| | ) Civil Action No. 08-0046 |
| v. | ) |
| | ) District Judge |
| T & T TRUCKING, INC., | ) Gary Lancaster |
| Defendant | ) |
| | ) Magistrate Judge |
| | ) Robert C. Mitchell |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties hereto, by their undersigned counsel, stipulate and agree that the above-referenced action has been settled and should therefore be dismissed with prejudice.

| | |
|---|---|
| MEYER, UNKOVIC & SCOTT, LLP | DIEPENBROCK & COTTER LLP |
| By: s/Russell J. Ober, Jr. | By: s/John P. Cotter |
| Russell J. Ober, Jr. | John P. Cotter |
| Pa. I.D. #17364 | CA I.D. #158783 |
| Mary C. McGinley | |
| Pa. I.D.#89393 | 1545 River Park Drive, Suite 201 |
| 1300 Oliver Building | Sacramento, CA 95815 |
| Pittsburgh, PA 15222 | |
| ATTORNEYS FOR PLAINTIFF PPG INDUSTRIES, INC. | ATTORNEYS FOR DEFENDANT T&T TRUCKING, INC. |

**ORDER OF COURT**

AND NOW, this 8th day of _____, 2008, it is SO ORDERED.

_____
United States District Judge